# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KMS DEVELOPMENT PARTNERS, LP** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-1613** |
| | : | |
| **FEDERAL INSURANCE COMPANY** | : | |
| *AN AFFILIATE OF CHUBB GROUP OF* | : | |
| *INSURANCE COMPANIES* | : | |

# ORDER

This 3rd day of February, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 19) is **GRANTED** and Plaintiff's Cross-Motion (ECF 18) is **DENIED**. The Clerk of Court is **REQUESTED** to mark this case closed for administrative purposes.

      /s/ Gerald Austin McHugh
United States District Judge